# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Civil Rights Center of South Dakota, et al,

      Plaintiffs,

v.

Unknown Named Director of Minnesota Department of Public Safety et al,

      Defendants.

Case No. 21-cv-732 MJD/ECW

**ORDER**

---

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 26, 2021. (Doc. No. 9).  No objections have been filed within the time allowed.

Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1.    This action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

2.      The motions for a temporary restraining order filed by plaintiffs

Michael Hunter and the Civil Rights Center of South Dakota (Dkts. 4

& 7) are DENIED AS MOOT in light of the of dismissal for failure to

prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 15, 2021

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court